IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 22  PM 3: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ___ MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-20454-01-Ma |
| | ) | |
| JAMES TAYLOR BANKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON GUILTY PLEA

This cause came on to be heard on December 21, 2005, the United States Attorney for this district appearing for the Government and the defendant, James Taylor Banks, appearing in person and with appointed counsel, Mr. Needum Louis Germany, III.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Information.  Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, March 24, 2006 at 10:30 a.m.**

The defendant may remain on his present bond pending sentencing.

**ENTERED** this the _____21st_____ day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20454 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Steve Parker
167 N. Main, 8th Floor
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT